UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIKE WILLIAMS, Guardian ad Litem for J.C.M., a minor,<br><br>       Plaintiff,<br><br>   v.<br><br>OKANOGAN-DOUGLAS COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, d/b/a OKANOGAN DOUGLAS HOSPITAL; and the UNITED STATES OF AMERICA,<br><br>       Defendants. | NO:  CV-10-272-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Joint Motion to Dismiss with Prejudice, ECF No. 60, against Co-Defendant United States. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion. Accordingly,

**IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Joint Motion to Dismiss with Prejudice, **ECF No. 60**, against Co-Defendant United States is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs **as to the United States only.**

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel.

**DATED** this 6th day of October, 2011.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2